■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA DAVALLOO, Appellant. [6 NYS3d 500]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 3, 2007 (*People v Davalloo*, 39 AD3d 559 [2007]), affirming a judgment of the Supreme Court, Westchester County, rendered April 20, 2004.

Ordered that the application is denied.

The appellant has failed to establish that she was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Miller and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMOS FULLY, Appellant. [6 NYS3d 489]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 2013 (*People v Fully*, 90 AD3d 1071 [2011]), affirming a judgment of the Supreme Court, Richmond County, rendered July 1, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Leventhal and Roman, JJ., concur.